

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2019

No. 04-19-00327-CV

**PLAINSCAPITAL BANK** and Albert Chapa,
Appellants

v.

Andy **HERNANDEZ**,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-17-712
The Honorable Baldemar Garza, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on or before August 1, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2019.

_____
Keith E. Hottle,
Clerk of Court